FILED
2017 Apr-10  AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ASHFORD TOWNHOMES BIRMINGHAM LLC, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: _____** |
| **v.** | ) | |
| | ) | |
| **BLUE ROCK PARTNERS, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

**COMES NOW** Defendant, **BLUE ROCK PARTNERS, LLC** ("Blue Rock"), and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this case from the Circuit Court of Jefferson County, Alabama, Birmingham Division to the United States District Court for the Northern District of Alabama, Southern Division.  In support thereof, Blue Rock states and shows as follows:

**A.    Background**

1.    Plaintiffs "are seven (7) Delaware limited-liability companies that share GK Birmingham, LLC, also a Delaware limited-liability company, as their sole member." (Compl. at ¶ 1).[1]

---

[1] A complete copy of the Complaint, along with all State Court process, pleadings, and orders served upon Blue Rock, are attached hereto as Exhibit "A" and are incorporated herein by reference.

2.      Blue Rock, the only Defendant, is a Florida limited-liability company. (Compl. at ¶ 4).

3.      According to the Complaint, "[e]ach Plaintiff individually owns a multi-family apartment complex and accompanying real property and improvements located in Jefferson County, Alabama..." (referred to as to the "Birmingham Properties"). (Compl. at ¶ 1).

4.      Blue Rock managed the Birmingham Properties. (Compl. at ¶ 10).

5.      In short, Plaintiffs allege that Blue Rock mismanaged the Birmingham Properties (Compl. at ¶¶ 10-20), "caus[ing] damages to Plaintiffs in excess of $10 million, with damages, costs, and expenses continuing to accrue on a daily basis." (Compl. at ¶ 23).

6.      Plaintiffs filed the lawsuit on March 1, 2017 in the Circuit Court of Jefferson County, Alabama, Birmingham Division, asserting claims against Blue Rock for breach of contract (count 1), negligence, gross negligence, and wantonness (count 2), fraud (count 3), conversion (count 4), suppression (count 5), unjust enrichment / money had and received (count 6) and indemnification / attorneys' fees (count 7).

7.      Blue Rock received service of the Complaint *via* certified mail on March 9, 2017.

2

**B.      Grounds for removal**

8.      This case is being removed pursuant to 28 USC § 1441 *et seq.*, inasmuch as this action could have originally been brought in this court pursuant to 28 U.S.C. § 1332.

9.      Initially, removal from the Circuit Court of Jefferson County, Alabama, Birmingham Division to the United States District Court for the Northern District of Alabama, Southern Division, is proper in that the Northern District of Alabama, Southern Division embraces the Circuit Court of Jefferson County, Alabama, Birmingham Division which is where the action is pending. 28 U.S.C. § 1441(a).

10.     Consistent with 28 U.S.C. § 1332(a), the matter in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the parties. 28 U.S.C. § 1332(a).

11.     "If removal of a case is sought on the basis of the jurisdiction conferred by Section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy..." 28 U.S.C. § 1446(c)(2). On its face, the Complaint states that "Plaintiffs bring this lawsuit to recover over $10 million in damages" against Blue Rock. (Compl. at ¶ 6); (See also e.g., ¶ 23 - Plaintiffs seek "in excess of $10 million, with damages, costs, and

expenses continuing to accrue on a daily basis."). Thus, the amount in controversy requirement is met. 28 U.S.C. §§ 1332, 1446(c)(2).

12.    "For the purpose of determining diversity jurisdiction, a limited liability company is a citizen of any state of which a member of the company is a citizen." Rivas v. Bank of N.Y. Mellon, 2017 U.S. App. LEXIS 1036 * 8 (11th Cir. 2017); Charter Servs. V. DL Air, LLC, 2009 U.S. Dist. LEXIS 17702 (S.D. Ala. 2009). Plaintiffs "are seven (7) Delaware limited-liability companies that share GK Birmingham, LLC, also a Delaware limited-liability company, as their sole member." (Compl. at ¶ 1). Blue Rock, the only Defendant, is a Florida limited-liability company. (Compl. at ¶ 4). Thus, there is complete diversity between the parties. 28 U.S.C. § 1332.

13.    The Notice of Removal is timely in that it is filed within thirty (30) days after March 9, 2017 when Blue Rock received a copy of the initial pleading setting forth the claim for relief upon which the action is based. 28 U.S.C. § 1446(b)(1).

14.    A true and correct copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Jefferson County, Alabama and served on counsel for Plaintiffs on this date. 28 U.S.C. § 1446(d).

15.    By virtue of filing this Notice of Removal, Blue Rock does not waive any defenses or objections available to it under law.

**WHEREFORE, PREMISES CONSIDERED**, Blue Rock prays that the above-entitled cause be removed to the United States District Court for the Northern District of Alabama, Southern Division, according to the statutes in such case made and provided.

DONE this the 7th day of April, 2017.

Respectfully submitted,

*/s/ T. Kelly May*
T. Kelly May (asb-6090-y57t)
John D. Herndon (asb-0729-r74j)
H. Cannon Lawley (asb-3905-l75h)

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, AL   35223-2484
Telephone:   (205) 251-1193
Facsimile:   (205) 251-1256
kmay@huielaw.com
jherndon@huielaw.com
cannon@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this **7th** day of **April, 2017**, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and by placing a copy of same in the United States Mail, postage paid to the following:

Charles D. Stewart
Aaron B. Thomas
SPAIN & GILLON, LLC
Birmingham, AL 352303
Telephone:   (205) 328-4100
Facsimile:   (205) 324-8866
cds@spain-gillon.com
abt@spain-gillon.com
*Attorney for Plaintiffs*

*/s/ T. Kelly May*
OF COUNSEL